FILED IN
COURT OF CRIMINAL APPEALS

May 24, 2016

ABEL ACOSTA, CLERK

PD-1409-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/24/2016 2:47:36 PM
Accepted 5/24/2016 2:51:17 PM
ABEL ACOSTA
CLERK

No. PD-1409-15

**IN THE**
**COURT OF CRIMINAL APPEALS OF TEXAS**
**AT AUSTIN, TEXAS**

_____

**DAMON LAVELLE ASBERRY**

*APPELLANT*

V.

THE STATE OF TEXAS

_____

AN APPEAL OF FINDINGS UNDER CODE OF CRIMINAL PROCEDURE CHAPTER 64
CAUSE NO. 2007-1625-C2A
FROM THE 54TH JUDICIAL DISTRICT COURT OF
MCLENNAN COUNTY, TEXAS

_____

**MOTION FOR EXTENSION OF TIME**

**TO FILE THE STATE'S BRIEF**

_____

ABELINO "ABEL" REYNA
Criminal District Attorney
McLennan County, Texas

STERLING HARMON
Appellate Division Chief
State Bar No. 09019700

219 North 6th Street, Suite 200
Waco, Texas 76701
Tel: (254) 757-5084
Fax: (254) 757-5021
Email:
sterling.harmon@co.mclennan.tx.us

**TO THE HONORABLE COURT OF CRIMINAL APPEALS**

**The State of Texas**, moves for an extension of Thirty Days in which to file its Brief, pursuant to Tex. R. App. P. 10.5(b). The State's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Sterling Harmon, the attorney signing this motion, namely:

The State of Texas moves this court to allow an extension of thirty days from the filing of this motion to file its Brief.  The State's Brief was due on May 23, 2016.  **The State requests that the new deadline be June 22, 2016**.  This is the first request for extension made by the State.

On May 24, 2016, the McLennan County Criminal District Attorney's Office became aware of the issuance of a Late Brief Notice by the Clerk of the Court.  This was the first indication to this office that Appellant had filed his brief with the Court, and that the State's brief was consequently due on May 23, 2016.  Upon becoming aware of this, a check was made of this Office's records of incoming email and hard copy document receipts, as well as the electronic filing service.  No record was found showing receipt of Appellant's brief in this case.  Appellant's counsel, upon receiving a copy of the Late Brief notice from the Clerk of the Court, provided a copy of the Appellant's brief via email.

Consequently, the State asks for an extension of thirty days from the filing of this motion to file its responsive brief.  The additional time is not

sought frivolously or for delay, but will be of genuine assistance in preparing the State's brief.

For the foregoing reasons, the State prays that the Court grant this Motion and modify and extend the deadline for filing the State's brief to June 23, 2016 or that this Court grant such additional time as is just and proper.

Respectfully Submitted:
**ABELINO 'ABEL' REYNA**
Criminal District Attorney
McLennan County, Texas

//S// Sterling Harmon
**STERLING HARMON**
Appellate Division Chief
219 North 6th Street, Suite 200
Waco, Texas 76701
Tel: (254) 757-5084
Fax: (254) 757-5021
Email:
sterling.harmon@co.mclennan.tx.us
State Bar No. 09019700

### CERTIFICATE OF SERVICE

I certify that I caused to be served a true and correct copy of this motion by electronic service or email on counsel for Appellant, Walter Reaves, Jr. at walterreaves@att.net.

DATE: 5/24/16

//S// STERLING HARMON
STERLING HARMON